IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **10-cv-1395-AP**

**PAUL HEIN,**
**XIAOLIN LIU**,

        Plaintiffs,

v.

**ERIC HOLDER, Attorney General of the United States;**
**JANET NAPOLITANO, Secretary for the Department of Homeland Security ("DHS");**
**ALEJANDRO MAYORKAS, Director for United States Citizenship and Immigration**
    **Services("CIS");**
**ROBERT MATHER, District Director for the Denver CIS;**
**UNITED STATES DEPARTMENT OF HOMELAND SECURITY;**
**UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,**

        Defendants.

---

**ORDER**

---

Kane, J.

      Based on the representation that the relief requested in Plaintiffs' Petition (Motion) for TRO has been voluntarily afforded, Plaintiffs' unopposed Motion Voluntarily to Dismiss the Petition (Doc. 8) is GRANTED. The case remains pending on Plaintiffs' Complaint for Declaratory and Injunctive Relief (Doc. 1), to which Defendants have yet to file an Answer or other response. If the case has been or can be resolved in its entirety, I trust the parties will inform me.

Dated: June 28, 2010.                           **s/John L. Kane**
                                                                    SENIOR U.S. DISTRICT JUDGE