IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **10-cv-1395-AP**

**PAUL HEIN,**
**XIAOLIN LIU**,

        Plaintiffs,

v.

**ERIC HOLDER, Attorney General of the United States;**
**JANET NAPOLITANO, Secretary for the Department of Homeland Security ("DHS");**
**ALEJANDRO MAYORKAS, Director for United States Citizenship and Immigration Services("CIS");**
**ROBERT MATHER, District Director for the Denver CIS;**
**UNITED STATES DEPARTMENT OF HOMELAND SECURITY;**
**UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,**

        Defendants.

---

## ORDER

---

Kane, J.

The Joint Motion for Voluntary Dismissal of Complaint (doc. #13), filed September 8, 2010 is **GRANTED**. This case is **DISMISSED** without prejudice, each party to bear their own costs and fees under the Equal Access to Justice Act or any other provision of law.

Dated: September 9, 2010

BY THE COURT:

**s/John L. Kane**
SENIOR U.S. DISTRICT JUDGE